United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14606-mdc |
| Linda D. DaCosta | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 06, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14610540 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2023 00:29:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  NA jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JONATHAN C. SCHWALB | on behalf of Creditor Rushmore Loan Management Services bankruptcy@friedmanvartolo.com |

Case 19-14606-mdc    Doc 110    Filed 12/08/23    Entered 12/09/23 00:33:35    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bkecf@friedmanvartolo.com |
| MICHAEL I. ASSAD | on behalf of Creditor 426 South 44th Street Condominium Association Inc. mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| ROBERT D. STEINBERG | on behalf of Debtor Linda D. DaCosta rsteinberg@wwdlaw.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Wells Fargo Bank NA robert.davidow@phelanhallinan.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-14606-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Linda D. DaCosta
426 S. 44th Street, Unit 1
Philadelphia PA 19104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/05/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708 | U.S. Bank National Association, et al<br>C/O Rushmore Servicing<br>PO BOX 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/08/23

Tim McGrath
**CLERK OF THE COURT**