# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Linda D. DaCosta,<br><br>*Debtor*. | Case No. 19-14606-AMC<br>Chapter 13 |

## Withdrawal of Appearance

To the Clerk of Court:

      Please withdraw my appearance as counsel of record for Creditor 426 South 44th Street Condominium Association Inc. in the above case.

Date: July 11, 2024                CIBIK LAW, P.C.

By: *[signature]*

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com